UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/6/2025
```

-------------------------------------------------------------------- X

      :

RONA MAHADEO,      :

      :

          Plaintiff,      :      24-cv-09582 (LJL)

      :

      -v-      :      <u>ORDER</u>

      :

PUBLICIS HEALTH, et al,      :

      :

          Defendants.      :

      :

-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      This Order memorializes the rulings delivered orally at the initial pretrial conference held

in this matter on June 6, 2025.  Plaintiff's time to effect service on individual defendant Alison

Newell has expired.  By Monday, June 9, 2025, Plaintiff will submit a letter to the Court seeking

an extension of time to serve Newell, documenting the steps she has taken to diligently attempt

service of process and may, if appropriate, request alternative service.  Plaintiff also has

indicated that she will make a request that Newell waive service pursuant to Federal Rule of

Civil Procedure 4(d).  As documented in separate orders, Plaintiff has until July 18, 2025 to

amend her complaint.  The Court has also referred this matter to Magistrate Judge Stewart D.

Aaron for settlement discussions.

      SO ORDERED.

Dated: June 6, 2025
      New York, New York      _____
                          LEWIS J. LIMAN
                   United States District Judge